# United States Bankruptcy Court
## Northern District of Ohio

In re **Seth Gary Crane**
Debtor(s)

Case No. **11-12311**
Chapter **7**

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2011, a copy of Amended Schedule A and Summary was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Marvin A. Sicherman, Via ECF**

**/s/ William J. Balena**
**William J. Balena 0019641**
**Balena Law Firm**
**511 Broad Street**
**Elyria, OH 44035**
**440-365-2000 Fax:440-323-0260**
**bbalena@me.com**